IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN ANTHONY DORRIS,

    Petitioner,               No. 2:10-cv-02482 FCD KJN P

   vs.

D. ADAMS, Warden,

    Respondent.          ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 14, 2011, respondent filed a motion to dismiss petitioner's application for a writ of habeas corpus on statute of limitations grounds. (Dkt. No. 13.) Petitioner has not filed an opposition to the motion. Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within thirty days, why his failure to oppose respondent's January 14, 2011 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and file an opposition to the motion to dismiss. Petitioner is cautioned that failure to respond to the instant

////

order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

DATED:  March 31, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dorr2482.46hab.kjn